IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KIERAN DAVID SR.,[1] | § | |
| | § | No. 486, 2024 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CK09-01097 |
| LESLIE JACOBS, | § | Petition Nos. 23-04696 |
| | § | 23-04875 |
| Petitioner Below, | § | 23-17729 |
| Appellee. | § | |

Submitted: April 11, 2025
Decided: June 17, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

### ORDER

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Family Court in its October 25, 2024 order dismissing the appellant's petition for a rule to show cause and granting the appellee's petitions for a rule to show cause and custody modification. To the extent that the appellant argues that the evidence did not support the Family Court's factual findings, we are unable to review his claim because he did not provide the Court with the transcript

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

of the September 19, 2024 hearing at which the parties presented evidence on the petitions.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[2] Del. Supr. Ct. R. 14(e) (requiring that "the appellant's appendix shall contain such portions of the trial transcript as are necessary to give this Court a fair and accurate account of the context in which the claim of error occurred and must include a transcript of all evidence relevant to the challenged finding or conclusion"); *Tricoche v. State*, 525 A.2d 151, 154 (Del. 1987) ("The failure of the defendant to include in the record adequate transcripts of the proceedings, as required by the rules of this Court, precludes appellate review of his claim….").